OSCAR BERGHAUS, Respondent, v. GUSTAV BERGHAUS, Appellant, and Others, Defendants.— Order granting plaintiff's motion to examine appellant before trial modified by striking therefrom all items except Nos. 5, 13, 32, 33 and 39, which items are allowed, and as to them the examination may proceed on five days' notice; also by striking out the direction for the production of books, checks, records, etc., and, as thus modified, the order is affirmed, without costs. In our opinion the answer states sufficient information to fulfill such portions of plaintiff's demand as are proper, except as to the items enumerated above. The demand in other respects seeks information that is either immaterial, frivolous or calling for legal conclusions. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

ELIZABETH LYDIA BOULTER, Respondent, v. SIDNEY BOULTER, Appellant.— In a separation action, order denying defendant's motion to open his default in answering and to vacate the judgment entered in favor of plaintiff reversed on the facts, without costs, and the motion granted, without costs, on condition that within ten days after the entry of the order hereon defendant pay $100 costs; answer to be served within ten days therefrom. Upon failure to comply with the aforesaid terms the order is in all respects affirmed, with ten dollars costs and disbursements. In our opinion, under all the circumstances of the case, the defendant is entitled to his day in court and to have his default opened on terms. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

JOHN W. BROWN, Respondent, v. GRAY ENGINEERING & CONSTRUCTION CO., INC., Appellant.— Order vacating and setting aside an order dismissing the complaint and vacating the bond of attachment and discharging the surety and restoring the cause to the trial calendar upon payment by plaintiff of a trial fee of thirty dollars affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.